UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-61870-CIV-COHN/SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN F. O'DONNELL, JILL A. O'DONNELL,
and JP MORGAN CHASE BANK, N.A., as
successor by merger to Washington
Mutual Bank,

    Defendants.
_____/

**ORDER DENYING MOTION TO STRIKE JURY DEMAND**
**ORDER GRANTING MOTION TO ADOPT AND FOR EXTENSION OF TIME**

**THIS CAUSE** is before the Court upon Plaintiff United States' Motion to Strike Jury Demand [DE 23], Defendant Jill O'Donnell's Response to Motion to Strike [DE 26], Defendant Jill O'Donnell's Motion to Adopt Co-Defendant's Response to Motion to Dismiss Cross-Claims [DE 35] and Defendant JP Morgan Chase Bank's Second Motion for Extension of Time to Serve Reply in Support of Motion to Dismiss [DE 40]. The Court has carefully considered the motions and is otherwise fully advised in the premises.[1]

I.  BACKGROUND

This action involves the United States' attempt to reduce the O'Donnell Defendants' tax liabilities to judgment and to foreclose the federal tax liens on real property owned by the O'Donnells. Plaintiff's Complaint alleges claims to reduce both

---

[1] The United States did not file a reply in support of its Motion to Strike Jury Demand.

O'Donnell Defendants' joint tax liabilities for tax years 1998 through 2004 to judgment in the amount of $216,926.93 (Count I); to reduce John O'Donnell's tax liabilities for tax years 2005 through 2007 to judgment in the amount of $124,518 (Count II), and to foreclose the federal tax liens for years 1998 through 2007 on the real property located at 2648 NE 26th Place, Fort Lauderdale, Florida, owned by the O'Donnells with a mortgage allegedly held by Defendant JP Morgan Chase Bank ("JP Morgan").

The O'Donnell Defendants filed Answers to the Complaint [DE's 20 and 21] and Defendant Jill O'Donnell filed a Jury Demand [DE 22]. Plaintiff moved to strike the jury demand. The O'Donnell Defendants also filed Cross-Claims against JP Morgan, essentially seeking a declaratory judgment that JP Morgan never lent them money nor does it possess any lawfully protected mortgage. JP Morgan has moved to dismiss the cross-claims for failure to state a claim. JP Morgan recently sought an extension of time to file a reply in support of its motion to dismiss the cross-claims.

## II.  DISCUSSION

### A.  Motion to Strike Jury Demand

The United States argues that there is no right to a jury trial for claims brought under 26 U.S.C. § 7403. The Court agrees, as § 7403(c) states that the Court shall "proceed to adjudicate all matters involved therein and finally determine the merits of all claims to and liens upon the property." However, as the United States concedes, Defendant Jill O'Donnell may be entitled to a jury trial to the extent she contests her liability for the tax assessments the United States seeks to reduce to judgment in Count I of the Complaint. The § 7403(c) language regarding the Court adjudicating all matters

is modified by the clause "in all cases where a claim or interest of the United States therein is established."  Thus, the United States must first establish the amount of its lien, something that Defendant Jill O'Donnell may contest before a jury under the Seventh Amendment of the United States Constitution.

The Court therefore agrees with Jill O'Donnell that her demand for jury should not be struck because the United States must first establish that she is liable for the tax assessments in Count I, before the Court adjudicates the lien and awards judgment in Count III.  The Court therefore denies the motion to strike jury demand.

### B.  Motion to Adopt and Motion for Extension of Time

The Court will grant Defendant Jill O'Donnell's Motion to Adopt her co-Defendant's response in opposition to JP Morgan's motion to dismiss the O'Donnell's cross-claims.  The Court will also grant JP Morgan's motion for extension of time, as explained below.

### III.   CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff United States' Motion to Strike Jury Demand [DE 23] is hereby **DENIED**;

2. Jill A. O'Donnell's Motion to Adopt Co-Defendant's Response to Motion to Dismiss Cross-Claims [DE 35] is hereby **GRANTED**;

3. JP Morgan Chase Bank's Second Motion for Extension of Time to Serve Reply in Support of its Motion to Dismiss [DE 40] is hereby **GRANTED**;

4. JP Morgan Chase shall file its reply by May 24, 2010.  No further extensions shall

be granted absent extraordinary circumstances.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 14th day of May, 2010.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

cc: All parties and counsel of record